JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3J Fund, LLC, a California Limited Liability Company; JNIK Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:19-CV-02721-AB-MRW<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 1, 2019

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE